No. 825. LOCAL 357, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS OF AMERICA *v.* NATIONAL LABOR RELATIONS BOARD; and

No. 929. NATIONAL LABOR RELATIONS BOARD *v.* LOCAL 357, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS OF AMERICA. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *Herbert S. Thatcher* and *David Previant* for Local 357. *Solicitor General Rankin, Stuart Rothman, Dominick L. Manoli* and *Norton J. Come* for respondent in No. 825. *Stuart Rothman, Dominick L. Manoli* and *Norton J. Come* for petitioner in No. 929. Reported below: 107 U. S. App. D. C. 188, 275 F. 2d 646.

No. 846. LOCAL 60, UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA, AFL–CIO, ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 7th Cir. Certiorari granted. *Francis X. Ward* and *Bernard Dunau* for petitioners. *Stuart Rothman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 942. BELL ET AL. *v.* UNITED STATES. Court of Claims. Certiorari granted. *Robert E. Hannon* for petitioners.

No. 949. LEWIS, TRUSTEE, *v.* MANUFACTURERS NATIONAL BANK OF DETROIT. C. A. 6th Cir. Certiorari granted. *Stuart E. Hertzberg* and *Herbert N. Weingarten* for petitioner. *Henry I. Armstrong, Jr.* and *Louis F. Dahling* for respondent.